IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REVA S. BRAMAN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No.  **05-541-DRH** |
| **ROBERT W. BUTLER,** and **BROWN & CROUPPEN,** | ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Butler's Motion to Compel.  **(Doc. 27)**.

Defendant seeks an order compelling plaintiff to execute an authorization permitting review of the Social Security Administration file on her claim for disability benefits.  The Court spoke personally with plaintiff's counsel on this date, and was informed that plaintiff has no objection to signing the authorization.

It is unfortunate that defendant waited until this late date to file his motion.  The Court agrees that the SSA file may well contain relevant information.  However, the Court does not anticipate that the trial date will be moved because of information contained therein.

Upon consideration and for good cause shown, defendant Butler's Motion to Compel **(Doc. 27)** is **GRANTED.**

Plaintiff is ordered to deliver the signed authorization to defendant's counsel on or before **December 13, 2006.**

**IT IS SO ORDERED.**

**DATE:  December 8, 2006.**        s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **UNITED STATES MAGISTRATE JUDGE**