IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REVA BRAMAN,**

    **Plaintiff,**

v.

**ROBERT W. BUTLER**
**and BROWN & CROUPPEN, P.C.**

**Defendants.**                                              Case No. 05-CV-541 DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

    It appearing that plaintiff Reva Braman's claims against defendant, Robert Butler have been compromised and settled;

    **IT IS HEREBY ORDERED** that all claims by plaintiff Reva Braman against defendant Robert Butler in this case be **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

    Signed this 11th day of January, 2007.

                                                /s/        David   RHerndon
                                                **United States District Judge**