## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REVA BRAMAN,**

   **Plaintiff,**

  **vs.**           **Cause No.  05-CV-541 DRH**

**ROBERT BUTLER and**
**BROWN & CROUPPEN,**

   **Defendants**.

### JUDGMENT IN A CIVIL CASE

   The Court having received a Stipulation for Dismissal signed by  counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

   **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                **NORBERT G. JAWORSKI, CLERK**

March 21, 2007        By:___s/Patricia Brown_____
                Deputy Clerk

APPROVED:/s/  David  RHerndon
    **U.S. DISTRICT JUDGE**